SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
PAUL F. RAFFERTY, Cal. Bar No. 132266
RANDALL J. CLEMENT, Cal. Bar No. 193443
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone: 714-513-5100
Facsimile: 714-513-5130
prafferty@sheppardmullin.com
rclement@sheppardmullin.com

Attorneys for Plaintiff ALTA SERVICES,
INC., d.b.a. ALTA CONTRACTING

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| ALTA SERVICES, INC., d.b.a. ALTA CONTRACTING, a California corporation,<br><br>             Plaintiff,<br><br>     v.<br><br>JESUS D. CABRALES, an individual, and SUSIN M. PEREZ, an individual,<br><br>             Defendants. | Case No. EDCV 06-983-VAP(OPx)<br><br><br>**JUDGMENT AGAINST SUSIN M. PEREZ CORREA** |

**JUDGMENT**

     Good cause appearing therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered against Susin M. Perez Correa in favor of Alta Services, Inc., d.b.a. Alta Contracting ("Alta") as follows:

-1-

1.     Alta is awarded judgment against Susin M. Perez Correa, an individual, in the amount of $30,000.00 on the causes of action for RICO (18 U.S.C. §§ 1961-1968), breach of duty of loyalty, conversion, fraud/concealment, conspiracy, constructive trust, and injunction.

2.     The Court retains jurisdiction for the purpose of making any further orders necessary for the construction or modification of this Judgment and the enforcement of this Judgment.

Dated: _February 05, 2008

_____
United States District Court Judge

W02-WEST:NRJ\400513693.1

JUDGMENT AGAINST DEFENDANT PEREZ CORREA